IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **AARON D. ZINN,** | ) | Case No. 18-30066 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF SERVICE OF SUBPOENAS

PLEASE TAKE NOTICE that Aaron D. Zinn, the above-referenced Debtor, by and through the undersigned counsel, intends to serve Subpoenas on the parties listed below on February 1, 2018. Copies of the Subpoenas are attached hereto as follows:

Exhibit 1 – *Hello Digit, Inc.*
Exhibit 2 – *Robinhood Markets, Inc.*
Exhibit 3 – *Wealthfront Brokerage Corporation*
Exhibit 4 – *Coinbase, Inc.*
Exhibit 5 – *Branch Banking & Trust Company*

Dated: Charlotte, North Carolina
February 1, 2018

**MOON WRIGHT & HOUSTON, PLLC**

By:   */s/Richard S. Wright*
Richard S. Wright (Bar No. 24622)
121 West Trade Street, Suite 1950
Charlotte, North Carolina 28202
Telephone: (704) 944-6560
*Counsel for the Debtor*

MWH: 10400.001; 00018488.1

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing *Notice of Service of Subpoenas* were served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case.

Dated: Charlotte, North Carolina
       February 1, 2018

                                    **MOON WRIGHT & HOUSTON, PLLC**

By:     */s/Richard S. Wright*
          Richard S. Wright (Bar No. 24622)
          121 West Trade Street, Suite 1950
          Charlotte, North Carolina 28202
          Telephone: (704) 944-6560
          *Counsel for the Debtor*